We'll hear argument in the final matter on today's argument calendar. Moroshkin v. the Right Reverend Andrew Dietsch I hope I got that right. 22487. Thank you. Good morning. Good morning. How are you? Very good. Thank you. Thank you for giving me opportunity to address my issue here. Of course. The matter comes from the state. Mr. Moroshkin, you see that green light? Yes, I see. Then a yellow light, then a red light. Once the red light, that means you're five minutes are done. Absolutely. I know. I know. Thank you for your notice, Your Honor. The matter comes from the state court. In January 2021, I was assaulted by the chemical agent by the gate of the Trinity Church on Wall Street. It was not in the corner. It was in the daylight right in the center of the Sacred Church of New York. And I applied for the state court with my legal action. And after the state court made a dismissal, your relative court of state, the appellate division, made the order. And I cited from this order. They said that fails, plaintiff fails to allege that the guard act was within the scope of duty for defendant. And, therefore, fails to state the cause of the action against defendant. This is what the decision I cited from the appellate division first department. So because my action was exhausted in state court, I turned to the district court. Same claim, sir? Not the same. Absolutely not the same. This is what happened. I applied for different, in different aspect. I applied for the negligence of the head of the diocese, Episcopalian Diocese of New York, the Reverend Ditcher. Because when something happened with the employees in a big place, like, for example, in army, always commander is in charge. So this is case, actually, the case of negligence per se. I just emphasize this because the district court somehow, you know, I wrote a very fast and also emotional complaint. Somehow district court took my complaint like a revision of the state court. It was not. It was a negligence per se. And immediately, very fast, without any contact with the plaintiff, the court dismissed my complaint. So you were not aware at all of the possibility? Not at all. Not at all. From the court and from the defendant. Nothing. Just silence. I got by mail the response, the dismissal. And with this dismissal, I came to you. And then, and I followed all rules. All those deadlines for the brief, for the annex, I followed exactly. I remind you that court, your court, ask defendant twice, twice defendant, in March, in April, appear, make appearance, nothing response. This is why after brief, I waiting, waiting, no answer. And this is I, I made a motion for default, for default. And I ask you to grant my motion. This is what the other. In alternative, I ask you, I ask you, respectively ask you to return the action, my action, to home, to district court. Lift all stays and remand the action to South District. Thank you. Thank you very much. Thank you very much. Thank you very much. We're going to reserve decision. And so you'll get a decision from us at some point. I very appreciate it. I very much appreciate your time. Thank you.